1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| XIAOXIA ZHANG,<br><br>Plaintiff,<br><br>v.<br><br>DIR LA ASYLUM OFC; USCIS; SEC DHS; US AG,<br><br>Defendants. | No. 8:23-cv-00575-JAK-AGR<br><br>**ORDER RE JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (DKT. 13)** |

12
13
14
15
16
17
18

Based on a review of the Joint Stipulation to Stay the Case Pending Adjudication of Application (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for certain of the requested relief. Therefore, the Stipulation is **GRANTED IN PART**. This action shall be stayed until April 30, 2024. However, the parties shall file a joint report every 120 days as to whether there has been any material change in the presently anticipated schedule of an interview on December 15, 2023, and the adjudication of the asylum application within 120 days of the interview. Further, within 10 days of the completion of the interview, the parties shall file a notice on the docket of this action, that the interview has been completed. Finally, within 10 days of the adjudication of the asylum application, the parties shall file a corresponding notice on the docket in this action.

19
20
21
22
23
24
25
26
27
28

1

2     **IT IS SO ORDERED.**

3

4     Dated:   May 24, 2023

5     _____

6     John A. Kronstadt
      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28